**Order entered March 18, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00068-CV

### IN RE THE COMMITMENT OF ANTHONY HENDERSON

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV1770004**

# ORDER

The clerk's record was filed February 19, 2019. Missing from the record is the October 24, 2018 Court's Charge, signed by the trial court and completed by the jury and the trial court's docket sheet. We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record containing the October 24, 2018 Court's Charge and the trial court's docket sheet **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**.

/s/     KEN MOLBERG
JUSTICE